IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GERALD STONE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 3:19-cv-00985-K |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 10, 2020. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are **OVERRULED**.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

SO ORDERED.

Signed August 29th, 2020.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1